IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3124 |
| | ) | |
| V. | ) | |
| | ) | |
| MADAI ZAPATA-MARQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Zapata-Marquez's evidentiary hearing and sentencing are continued to Friday, April 10, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 4th day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge