IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR3124 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO FILE UNDER SEAL** |
| MADAI ZAPATA-MARQUEZ, | ) | |
| Defendant. | ) | |

Defendant's Motion to File Under Seal, filing no. 44, is granted and Defendant's Motion for Variance, filing no. 45, shall be maintained as a sealed document.

DATED this 9th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge